USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

LAWRENCE YOUNG, on behalf of himself and
all other persons similarly situated,

                              Plaintiff,

          -against-

ANDERSON UNIVERSITY,

                              Defendant.
----------------------------------------------------------------X

20-CV-5785 (GBD) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light the Stipulation of Voluntary Dismissal filed on November 24, 2020 (doc. no 15) the Initial Case Management Conference currently scheduled for **December 7, 2020** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                  November 25, 2020

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge